```
                                    FILED
                          CLERK, U.S. DISTRICT COURT

                                 5/19/2016

                         CENTRAL DISTRICT OF CALIFORNIA
                         BY: _____CW_____ DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE CRUZ GARCIA, JR., | Case No. CV 15-5108-MWF (KK) |
| Petitioner, | |
| v. | ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| CLARK E. DUCART, Warden, | |
| Respondent. | |

Pursuant to Title 28 of the United States Code, section 636, the Court has reviewed the Petition for a Writ of Habeas Corpus, the records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered (1) denying the Petition for a Writ of Habeas Corpus; and (2) dismissing this action with prejudice.

Dated: May 19, 2016

_____
HONORABLE MICHAEL W. FITZGERALD
United States District Judge