JS-6

FILED
CLERK, U.S. DISTRICT COURT
5/19/2016
CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE CRUZ GARCIA, JR., <br><br> Petitioner, <br><br> v. <br><br> CLARK E. DUCART, Warden, <br><br> Respondent. | Case No. CV 15-5108-MWF (KK) <br><br><br> JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is DENIED and this action is DISMISSED with prejudice.

Dated: May 19, 2016

_____
HONORABLE MICHAEL W. FITZGERALD
United States District Judge